IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

REGIONAL LOCAL UNION NOS. 846
and 847, et al,

        Plaintiffs,                      No. 3:13-cv-02267-ST

        v.                            ORDER

JAYCO STEEL SERVICES, INC, a Texas
corporation,

        Defendant.

HERNÁNDEZ, District Judge:

    Magistrate Judge Stewart issued a Findings & Recommendation [35] on February 10, 2015, recommending that Defendant Jayco Steel Services, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction be denied, but its alternative Motion to Transfer Venue [27] to the Southern District of Texas be granted.  Plaintiffs Regional Local Union Nos. 846 and 847 of the International Association of Bridge, Structural, Ornamental, and Reinforcing Iron Workers, and the AFL-CIO (collectively "Plaintiffs") timely filed objections to the Findings and

1 – ORDER

Recommendation. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

When any party objects to any portion of the Magistrate Judge's Findings & Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1); Dawson v. Marshall, 561 F.3d 930, 932 (9th Cir. 2009); United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

I have carefully considered Plaintiffs' objections and conclude there is no basis to modify the Findings & Recommendation. I have also reviewed the pertinent portions of the record *de novo* and find no other errors in the Magistrate Judge's Findings & Recommendation.

## CONCLUSION

The Court ADOPTS Magistrate Judge Stewart's Findings & Recommendation [35], and therefore, Defendant's Motion to Dismiss for Lack of Personal Jurisdiction is denied, but its alternative Motion to Transfer Venue [27] is granted. This case is transferred to the United States District Court for the Southern District of Texas.

IT IS SO ORDERED.

DATED this 29 day of April, 2015.

*/s/ Marco Hernández*
MARCO A. HERNÁNDEZ
United States District Judge

2 – ORDER